HOGAN LOVELLS US LLP
Michael M. Maddigan  (Bar No. 163450)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:	(310) 785-4600
Facsimile:	(310) 785-4601
michael.maddigan@hoganlovells.com

HOGAN LOVELLS US LLP
Jessica L. Ellsworth (admitted *pro hac vice*)
Sachin S. Desai (admitted *pro hac vice*)
555 Thirteenth Street, NW
Washington, DC 20004
Telephone:	(202) 637-5600
Facsimile:	(202) 637-5910
jessica.ellsworth@hoganlovells.com
sachin.desai@hoganlovells.com

Attorneys for Plaintiff, NATIONAL ELECTRICAL MANUFACTURERS ASSOCIATION

 Xavier Becerra, State Bar No. 118517
Attorney General of California
Randy L. Barrow, State Bar No. 111290
Supervising Deputy Attorney General
Nicholas Stern, State Bar No. 148308
Deputy Attorney General
Linda Gándara, State Bar No. 194667
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7842
Facsimile: (916) 327-2319
Linda.Gandara@doj.ca.gov

Attorneys for Defendant, CALIFORNIA ENERGY COMMISSION

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL ELECTRICAL MANUFACTURERS ASSOCIATION,<br><br>Plaintiff, | Case No.  2:17-cv-01625-KJM-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1

NATIONAL ELECTRICAL MANUFACTURERS ASSOCIATION
NEMA'S STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Case No.  2:17-cv-01625-KJM-AC

|   |   |
|---|---|
| v. | Hearing Date: n/a |
|   | Hearing Time: n/a |
| CALIFORNIA ENERGY COMMISSION, | Courtroom: 3, 15th Floor |
|   | Judge: Hon. Kimberly J. Mueller |
| Defendant. | Complaint Filed: August 4, 2017 |
|   | Trial Date: Not Scheduled |

WHEREAS, this Stipulation and Order of Dismissal is entered into by the National Electrical Manufacturers Association (NEMA) and the California Energy Commission (CEC) through their authorized representatives;

WHEREAS, NEMA filed this action on August 4, 2017 challenging the constitutionality of three light bulb energy efficiency standards promulgated by the CEC and asserting claims for preemption under, and non-compliance with, 42 U.S.C. § 6295(i)(6)(A)(vi) and § 6297(b);

WHEREAS, NEMA moved for judgment on the pleadings on September 19, 2017;

WHEREAS, the California Energy Commission (CEC) opposed NEMA's motion for judgment on the pleadings on October 20, 2017;

WHEREAS, the Court, after holding a hearing on the motion for judgment on the pleadings, issued its decision denying the motion on December 22, 2017;

WHEREAS, the United States Department of Energy is continuing to examine issues relevant to this dispute, as indicated by its August 15, 2017 Request for Data, *see Energy Conservation Program: General Service Incandescent Lamps and Other Incandescent Lamps Request for Data*, 82 Fed. Reg. 38,613, 38,613-14 (Aug. 15, 2017);

WHEREAS, the parties have, through this stipulation, reached a mutually agreeable resolution addressing NEMA's claims, subject to the following terms and conditions, and subject to the approval of the Court:

1. NEMA agrees to dismiss its complaint without prejudice.

2. Each party shall bear its own costs.

3. Although the dismissal of NEMA's complaint is without prejudice, NEMA will not re-file its claims under 42 U.S.C. §§ 6295(i)(6)(A) and 6297(b) that the three CEC light bulb

2
NATIONAL ELECTRICAL MANUFACTURERS ASSOCIATION
NEMA'S STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Case No. 2:17-cv-01625-KJM-AC

energy efficiency standards that NEMA challenged are preempted by the general rule of preemption for energy conservation standards before a Federal standard becomes effective for a covered product.

Dated: April 6, 2018

HOGAN LOVELLS US LLP

By /s/ Michael M. Maddigan
Michael M. Maddigan
Jessica L. Ellsworth (*pro hac*)
Sachin S. Desai (*pro hac*)

Attorneys for National Electrical Manufacturers Association

*and*

Xavier Becerra
Attorney General of California
Randy L. Barrow
Supervising Deputy Attorney General

/s/ Linda Gándara
Linda Gándara
Deputy Attorney General

Attorneys for Defendant California Energy Commission

IT IS SO ORDERED.

DATED: April 10, 2018.

_____
UNITED STATES DISTRICT JUDGE